**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 17-06982 |
| | § | |
| VINCENT WILLIAM DISTASIO | § | |
| MICHELLE M DISTASIO | § | |
| | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>03/07/2017</u>. The undersigned trustee was appointed on <u>03/07/2017</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $8,348.19

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $51.61 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $2,092.43 |
   | Leaving a balance on hand of[1] | $6,204.15 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/13/2017 and the deadline for filing government claims was 11/13/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,375.58. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,375.58, for a total compensation of $1,375.58[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $42.04, for total expenses of $42.04.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/10/2018                          By:   /s/ David P. Leibowitz
                                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1  Exhibit A

| Case No.: | 17-06982 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | DISTASIO, VINCENT WILLIAM AND DISTASIO, MICHELLE M | | Date Filed (f) or Converted (c): | 03/07/2017 (f) |
| For the Period Ending: | 5/10/2018 | | §341(a) Meeting Date: | 04/13/2017 |
| | | | Claims Bar Date: | 11/13/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 2015 Lexus IS 250 Mileage: 27000 Leased Vehicle | $25,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Leased vehicle, no equity. | | | | | |
| 2 | 2015 Lexus IS 250 Mileage: 24,000 Lease | $25,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Leased vehicle - no equity | | | | | |
| 3 | 2010 Lexus ES 350 Mileage: 24,000 | $10,000.00 | $0.00 | | $0.00 | FA |
| 4 | Misc used household goods and furnishings, including: Pots/Pans/Dishes, Coffee Maker, Silverware, Desk, | $100.00 | $100.00 | | $0.00 | FA |
| 5 | Computer, Printer and Cell Phone | $200.00 | $200.00 | | $0.00 | FA |
| 6 | Necessary Wearing Apparel | $100.00 | $0.00 | | $0.00 | FA |
| 7 | Wedding Rings, Bracelet, Watches and Costume Jewelry | $800.00 | $0.00 | | $0.00 | FA |
| 8 | Checking Chase Bank | $75.29 | $75.29 | | $75.29 | FA |
| 9 | checking Chase Bank | $679.48 | $679.48 | | $679.48 | FA |
| 10 | Checking Chase Bank | $4,290.10 | $290.10 | | $290.10 | FA |
| 11 | Checking Chase Bank | $4,032.00 | $32.00 | | $32.00 | FA |
| 12 | Busines Checking Chase Business Checking (1790) | $600.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | No balance in this account as of filing date (this is actually a business savings account) | | | | | |
| 13 | Business Checking Chase Business Checking (1056) | $972.00 | $2,961.19 | | $2,961.19 | FA |
| Asset Notes: | Filing Date Balance (per statements): $2,961.19 | | | | | |
| 14 | Distasio, Inc. d/b/a Baldinelli Pizza 2 Assets include: Middleby Marshall Pizza oven, etc. (in the landlord's possession); business bank accounts % | $12,000.00 | $12,000.00 | | $0.00 | FA |
| Asset Notes: | Debtor testified he opted to "leave the oven…for the landlord because I was terminating the lease early and they would have came after me…so that's just what I did." Therefore, landlord could have counter-claims for rent owed if the Trustee pursued the asset. Deemed abandoned. | | | | | |
| 15 | Rental deposit Security Deposit with Business Landlord: $2250.00 | $2,250.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2        Exhibit A

| Case No.: | 17-06982 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DISTASIO, VINCENT WILLIAM AND DISTASIO, MICHELLE M | Date Filed (f) or Converted (c): | 03/07/2017 (f) |
| For the Period Ending: | 5/10/2018 | §341(a) Meeting Date: | 04/13/2017 |
| | | Claims Bar Date: | 11/13/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Asset Notes:** Debtors owed back rent.

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 16 | 2016 State income tax refund | $1,200.00 | $1,200.00 | | $1,522.00 | FA |
| 17 | 2017 Federal Income Tax Refund (u) | $0.00 | $695.70 | | $2,788.13 | FA |

**Asset Notes:** Debtors' Pro-Rated Portion: $3,169.30

$1,076.87 from Pro-Rated Portion allocated to assets 8, 9, 10, and 11 for non-exempt funds as of petition date.

$2,092.43 returned to Debtors

**TOTALS (Excluding unknown value)**                                                                                      **Gross Value of Remaining Assets**
               $87,298.87           $18,233.76                           $8,348.19                 $0.00

| Initial Projected Date Of Final Report (TFR): | 04/12/2018 | Current Projected Date Of Final Report (TFR): | /s/ DAVID LEIBOWITZ |
|---|---|---|---|
| | | | DAVID LEIBOWITZ |

FORM 2
Page No: 1    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 17-06982 | | | **Trustee Name:** | David Leibowitz | |
| **Case Name:** | DISTASIO, VINCENT WILLIAM AND DISTASIO, MICHELLE M | | | **Bank Name:** | Green Bank | |
| **Primary Taxpayer ID #:** | **-***6706 | | | **Checking Acct #:** | ******8201 | |
| **Co-Debtor Taxpayer ID #:** | **-***6707 | | | **Account Title:** | | |
| **For Period Beginning:** | 3/7/2017 | | | **Blanket bond (per case limit):** | $5,000,000.00 | |
| **For Period Ending:** | 5/10/2018 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 08/07/2017 | (16) | Vincent Distasio | 2016 IL Tax Refund | 1124-000 | $1,522.00 | | $1,522.00 |
| 08/30/2017 | (13) | Distasio, Inc. | Payment for non-exempt funds in business checking account | 1129-000 | $2,961.19 | | $4,483.19 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.20 | $4,480.99 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.23 | $4,473.76 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $6.98 | $4,466.78 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $6.97 | $4,459.81 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $7.19 | $4,452.62 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $7.18 | $4,445.44 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $6.47 | $4,438.97 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $7.39 | $4,431.58 |
| 04/04/2018 | | US Treasury | 2017 Federal Income Tax Refund | * | $3,865.00 | | $8,296.58 |
| | {17} | | Estate Portion - 2017 Federal Income Tax Refund  $695.70 | 1224-000 | | | $8,296.58 |
| | {17} | | Debtors' Pro-Rated Portion - 2017 Federal Income Tax Refund  $2,092.43 | 1280-002 | | | $8,296.58 |
| | {8} | | Portion of Tax Refund to Satisfy Non-Exempt Funds as of Petition Date - Personal Chase Bank Checking (1)  $75.29 | 1129-000 | | | $8,296.58 |
| | {9} | | Portion of Tax Refund to Satisfy Non-Exempt Funds as of Petition Date - Personal Chase Bank Checking (2)  $679.48 | 1129-000 | | | $8,296.58 |
| | {10} | | Portion of Tax Refund to Satisfy Non-Exempt Funds as of Petition Date - Personal Chase Bank Checking (3)  $290.10 | 1129-000 | | | $8,296.58 |
| | {11} | | Portion of Tax Refund to Satisfy Non-Exempt Funds as of Petition Date - Personal Chase Bank Checking (4)  $32.00 | 1129-000 | | | $8,296.58 |
| 04/13/2018 | 3001 | VINCENT DISTASIO & MICHELLE HONEIN | Debtors' Pro-Rated Portion - 2017 Federal Income Tax Refund (less non-exempt funds as of date of filing) | 8500-002 | | $2,092.43 | $6,204.15 |
| | | | **SUBTOTALS** | | **$8,348.19** | **$2,144.04** | |

**FORM 2** Page No: 2 Exhibit B
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-06982 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DISTASIO, VINCENT WILLIAM AND DISTASIO, MICHELLE M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6706 | Checking Acct #: | ******8201 |
| Co-Debtor Taxpayer ID #: | **-***6707 | Account Title: | |
| For Period Beginning: | 3/7/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/10/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $8,348.19 | $2,144.04 | $6,204.15 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $8,348.19 | $2,144.04 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $8,348.19 | $2,144.04 | |

**For the period of 3/7/2017 to 5/10/2018**

| | |
|---|---|
| Total Compensable Receipts: | $6,255.76 |
| Total Non-Compensable Receipts: | $2,092.43 |
| Total Comp/Non Comp Receipts: | $8,348.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $51.61 |
| Total Non-Compensable Disbursements: | $2,092.43 |
| Total Comp/Non Comp Disbursements: | $2,144.04 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/07/2017 to 5/10/2018**

| | |
|---|---|
| Total Compensable Receipts: | $6,255.76 |
| Total Non-Compensable Receipts: | $2,092.43 |
| Total Comp/Non Comp Receipts: | $8,348.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $51.61 |
| Total Non-Compensable Disbursements: | $2,092.43 |
| Total Comp/Non Comp Disbursements: | $2,144.04 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3    Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-06982 | | Trustee Name: | David Leibowitz |
| Case Name: | DISTASIO, VINCENT WILLIAM AND DISTASIO, MICHELLE M | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6706 | | Checking Acct #: | ******8201 |
| Co-Debtor Taxpayer ID #: | **-***6707 | | Account Title: | |
| For Period Beginning: | 3/7/2017 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/10/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $8,348.19 | $2,144.04 | $6,204.15 |

**For the period of 3/7/2017 to 5/10/2018**

| | |
|---|---|
| Total Compensable Receipts: | $6,255.76 |
| Total Non-Compensable Receipts: | $2,092.43 |
| Total Comp/Non Comp Receipts: | $8,348.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $51.61 |
| Total Non-Compensable Disbursements: | $2,092.43 |
| Total Comp/Non Comp Disbursements: | $2,144.04 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/07/2017 to 5/10/2018**

| | |
|---|---|
| Total Compensable Receipts: | $6,255.76 |
| Total Non-Compensable Receipts: | $2,092.43 |
| Total Comp/Non Comp Receipts: | $8,348.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $51.61 |
| Total Non-Compensable Disbursements: | $2,092.43 |
| Total Comp/Non Comp Disbursements: | $2,144.04 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No.: | 17-06982 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | DISTASIO, VINCENT WILLIAM AND DISTASIO, MICHELLE M | | | | | | | | Date: 5/10/2018 |
| Claims Bar Date: | 11/13/2017 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1115 Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $1,375.58 | $0.00 | $0.00 | $0.00 | $1,375.58 |
| | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1115 Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $42.04 | $0.00 | $0.00 | $0.00 | $42.04 |
| 3 | MONARCH FINANCIAL  145 Tower Drive Unit 4 Burr Ridge IL 60527 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,914.20 | $0.00 | $0.00 | $0.00 | $1,914.20 |

**Claim Notes:** Distasio, Inc. d/b/a Baldinelli Pizza.
Is Vince personally liable?
Is it cost effective to object?

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK  Discover Products Inc PO Box 3025 New Albany OH 43054-3025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,962.24 | $0.00 | $0.00 | $0.00 | $1,962.24 |

**Claim Notes:** Claim is against Michelle

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2 | DISCOVER BANK  Discover Products Inc PO Box 3025 New Albany OH 43054-3025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $8,615.55 | $0.00 | $0.00 | $0.00 | $8,615.55 |

**Claim Notes:** Vince

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4 | CAPITAL ONE, N.A.  c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $533.57 | $0.00 | $0.00 | $0.00 | $533.57 |
| 5 | FIFTH THIRD BANK  PO Box 9013 Tex 75001 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $3,891.83 | $0.00 | $0.00 | $0.00 | $3,891.83 |

# CLAIM ANALYSIS REPORT

Page No: 2

Exhibit C

| Case No. | 17-06982 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | DISTASIO, VINCENT WILLIAM AND DISTASIO, MICHELLE M | | | | | | | | Date: 5/10/2018 |
| Claims Bar Date: | 11/13/2017 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 6 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,194.97 | $0.00 | $0.00 | $0.00 | $2,194.97 |
| 7 | AMERICAN EXPRESS BANK, FSB c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $9,686.39 | $0.00 | $0.00 | $0.00 | $9,686.39 |
| 8 | AMERICAN EXPRESS CENTURION BANK c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $932.86 | $0.00 | $0.00 | $0.00 | $932.86 |

**Claim Notes:**   Michelle

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 9 | U.S. BANK NATIONAL ASSOCIATION Bankruptcy Department PO Box 108 St Louis MO 63166-0108 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,481.52 | $0.00 | $0.00 | $0.00 | $2,481.52 |
| 10 | U.S. BANK NATIONAL ASSOCIATION Bankruptcy Department PO Box 108 St Louis MO 63166-0108 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $9,368.26 | $0.00 | $0.00 | $0.00 | $9,368.26 |

**Claim Notes:**   Michelle

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11 | DEPARTMENT STORES NATIONAL BANK c/o Quantum3 Group LLC PO Box 657 Kirkland WA 98083-0657 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $518.57 | $0.00 | $0.00 | $0.00 | $518.57 |

**Claim Notes:**   (11-1) Money Loaned Michelle

| Case No.: | 17-06982 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | DISTASIO, VINCENT WILLIAM AND DISTASIO, MICHELLE M | | | | | | | | Date: 5/10/2018 |
| Claims Bar Date: | 11/13/2017 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12 | PORTFOLIO RECOVERY ASSOCIATES, LLC  Successor to SYNCHRONY BANK (WALMART MASTERCARD) POB 41067 Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $4,135.02 | $0.00 | $0.00 | $0.00 | $4,135.02 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC  Successor to SYNCHRONY Bank (H H GREGG) POB 41067 Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $714.90 | $0.00 | $0.00 | $0.00 | $714.90 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC  Successor to SYNCHRONY Bank (ASHLEY HOMESTORE) POB 41067 Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $4,425.12 | $0.00 | $0.00 | $0.00 | $4,425.12 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC  Successor to SYNCHRONY Bank (MATTRESS FIRM) POB 41067 Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,310.99 | $0.00 | $0.00 | $0.00 | $1,310.99 |
| | | | | | **$54,103.61** | **$0.00** | **$0.00** | **$0.00** | **$54,103.61** |

**CLAIM ANALYSIS REPORT**

Page No: 4
Exhibit C

| Case No. | 17-06982 | | | Trustee Name: | David Leibowitz |
| Case Name: | DISTASIO, VINCENT WILLIAM AND DISTASIO, MICHELLE M | | | Date: | 5/10/2018 |
| Claims Bar Date: | 11/13/2017 | | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $1,914.20 | $1,914.20 | $0.00 | $0.00 | $0.00 | $1,914.20 |
| Payments to Unsecured Credit Card Holders | $50,771.79 | $50,771.79 | $0.00 | $0.00 | $0.00 | $50,771.79 |
| Trustee Compensation | $1,375.58 | $1,375.58 | $0.00 | $0.00 | $0.00 | $1,375.58 |
| Trustee Expenses | $42.04 | $42.04 | $0.00 | $0.00 | $0.00 | $42.04 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      17-06982
Case Name:     VINCENT WILLIAM DISTASIO
               MICHELLE M DISTASIO
Trustee Name:  David P. Leibowitz

Balance on hand:     $6,204.15

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $6,204.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,375.58 | $0.00 | $1,375.58 |
| David P. Leibowitz, Trustee Expenses | $42.04 | $0.00 | $19.47 |

Total to be paid for chapter 7 administrative expenses:     $1,395.05
Remaining balance:     $4,809.10

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $4,809.10

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:     $0.00
Remaining balance:     $4,809.10

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $52,685.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Discover Bank | $1,962.24 | $0.00 | $179.11 |
| 2 | Discover Bank | $8,615.55 | $0.00 | $786.41 |
| 3 | Monarch Financial | $1,914.20 | $0.00 | $174.73 |
| 4 | Capital One, N.A. | $533.57 | $0.00 | $48.70 |
| 5 | Fifth Third Bank | $3,891.83 | $0.00 | $355.24 |
| 6 | PYOD, LLC its successors and assigns as assignee | $2,194.97 | $0.00 | $200.35 |
| 7 | American Express Bank, FSB | $9,686.39 | $0.00 | $884.16 |
| 8 | American Express Centurion Bank | $932.86 | $0.00 | $85.15 |
| 9 | U.S. Bank National Association | $2,481.52 | $0.00 | $226.51 |
| 10 | U.S. Bank National Association | $9,368.26 | $0.00 | $855.12 |
| 11 | Department Stores National Bank | $518.57 | $0.00 | $47.33 |
| 12 | Portfolio Recovery Associates, LLC | $4,135.02 | $0.00 | $377.44 |
| 13 | Portfolio Recovery Associates, LLC | $714.90 | $0.00 | $65.26 |
| 14 | Portfolio Recovery Associates, LLC | $4,425.12 | $0.00 | $403.92 |
| 15 | Portfolio Recovery Associates, LLC | $1,310.99 | $0.00 | $119.67 |

Total to be paid to timely general unsecured claims: $4,809.10
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**