UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | ) | Chapter 7 |
|---|---|---|
|  | ) |  |
| **VINCENT WILLIAM DISTASIO** and | ) | Bankruptcy No. 17 B 06982 |
| **MICHELLE M DISTASIO,** | ) |  |
|  | ) |  |
| Debtors. | ) | Honorable Timothy A. Barnes |

### CERTIFICATE OF SERVICE

     The undersigned certifies that on May 21, 2018, she caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon each person shown on the attached service list by first class United States mail, with postage prepaid. Those marked with an * were served via the Court's ECF System.

Date: May 21, 2018        /s/ Rachel A. Leibowitz
                                                      Paralegal

Lakelaw
53 West Jackson Boulevard, Suite 1115
Chicago, IL 60604
847.249.9100

**SERVICE LIST**

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Fifth Third Bank
PO Box 9013
Tex 75001

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

Portfolio Recovery Associates, LLC
Successor to SYNCHRONY Bank
(ASHLEY HOMESTORE)
POB 41067
Norfolk, VA 23541

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

PYOD, LLC its successors
and assigns as assignee
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

U.S. Bank National Association
Bankruptcy Department
PO Box 108
St Louis, MO 63166-0108

Portfolio Recovery Associates, LLC
Successor to SYNCHRONY BANK
(WALMART MASTERCARD)
POB 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
Successor to SYNCHRONY Bank
(MATTRESS FIRM)
POB 41067
Norfolk, VA 23541

Monarch Financial
145 Tower Drive Unit 4
Burr Ridge, IL 60527

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

U.S. Bank National Association
Bankruptcy Department
PO Box 108
St Louis, MO 63166-0108

Portfolio Recovery Associates, LLC
Successor to SYNCHRONY Bank
(H H GREGG)
POB 41067
Norfolk, VA 23541

Xiaoming Wu
Ledford, Wu & Borges, LLC
105 W. Madison
23rd Floor
Chicago, IL 60602-4647 *

Vincent William Distasio
300 Village Circle, Unit 403
Willow Springs, IL 60480-1816

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn 7th Floor
Chicago, IL 60604-1702 *

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027 *

Michelle M Distasio
300 Village Circle, Unit 403
Willow Springs, IL 60480-1816