**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 17-06982 |
| | § | |
| VINCENT WILLIAM DISTASIO | § | |
| MICHELLE M DISTASIO | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $72,750.00 | Assets Exempt: | $11,300.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $4,809.10 | Claims Discharged Without Payment: | $138,264.97 |
| Total Expenses of Administration: | $1,446.66 | | |

3) Total gross receipts of $8,348.19 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $2,092.43 (see **Exhibit 2**), yielded net receipts of $6,255.76 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $13,874.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,469.23 | $1,469.23 | $1,446.66 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $143,383.75 | $52,685.99 | $52,685.99 | $4,809.10 |
| **Total Disbursements** | $157,257.75 | $54,155.22 | $54,155.22 | $6,255.76 |

4). This case was originally filed under chapter 7 on 03/07/2017. The case was pending for 17 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/03/2018     By:   /s/ David P. Leibowitz
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2016 State income tax refund | 1124-000 | $1,522.00 |
| Business Checking Chase Business Checking (1056) | 1129-000 | $2,961.19 |
| Checking Chase Bank | 1129-000 | $32.00 |
| Checking Chase Bank | 1129-000 | $75.29 |
| Checking Chase Bank | 1129-000 | $290.10 |
| checking Chase Bank | 1129-000 | $679.48 |
| 2017 Federal Income Tax Refund | 1224-000 | $2,788.13 |
| **TOTAL GROSS RECEIPTS** | | **$8,348.19** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| VINCENT DISTASIO & MICHELLE HONEIN | Funds to Third Parties | 8500-002 | $2,092.43 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,092.43** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Fin Services | 4110-000 | $13,874.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$13,874.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,375.58 | $1,375.58 | $1,375.58 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $42.04 | $42.04 | $19.47 |
| Green Bank | 2600-000 | NA | $51.61 | $51.61 | $51.61 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$1,469.23** | **$1,469.23** | **$1,446.66** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $1,887.00 | $1,962.24 | $1,962.24 | $179.11 |
| 2 | Discover Bank | 7100-900 | $8,615.00 | $8,615.55 | $8,615.55 | $786.41 |
| 3 | Monarch Financial | 7100-000 | $2,472.95 | $1,914.20 | $1,914.20 | $174.73 |
| 4 | Capital One, N.A. | 7100-900 | $533.00 | $533.57 | $533.57 | $48.70 |
| 5 | Fifth Third Bank | 7100-900 | $3,420.73 | $3,891.83 | $3,891.83 | $355.24 |
| 6 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $2,194.00 | $2,194.97 | $2,194.97 | $200.35 |
| 7 | American Express Bank, FSB | 7100-900 | $9,806.99 | $9,686.39 | $9,686.39 | $884.16 |
| 8 | American Express Centurion Bank | 7100-900 | $967.00 | $932.86 | $932.86 | $85.15 |
| 9 | U.S. Bank National Association | 7100-900 | $2,530.00 | $2,481.52 | $2,481.52 | $226.51 |
| 10 | U.S. Bank National Association | 7100-900 | $9,467.00 | $9,368.26 | $9,368.26 | $855.12 |
| 11 | Department Stores National Bank | 7100-900 | $518.00 | $518.57 | $518.57 | $47.33 |
| 12 | Portfolio Recovery Associates, LLC | 7100-900 | $4,135.00 | $4,135.02 | $4,135.02 | $377.44 |
| 13 | Portfolio Recovery Associates, LLC | 7100-900 | $714.00 | $714.90 | $714.90 | $65.26 |
| 14 | Portfolio Recovery Associates, LLC | 7100-900 | $4,425.00 | $4,425.12 | $4,425.12 | $403.92 |
| 15 | Portfolio Recovery Associates, LLC | 7100-900 | $1,310.00 | $1,310.99 | $1,310.99 | $119.67 |
| | 22nd Century Media | 7100-000 | $220.50 | $0.00 | $0.00 | $0.00 |
| | Adventist Hinsdale Hospital | 7100-000 | $9,326.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| American Express | 7100-000 | $897.00 | $0.00 | $0.00 | $0.00 |
| AMERICAN EXPRESS | 7100-000 | $9,806.99 | $0.00 | $0.00 | $0.00 |
| American Water | 7100-000 | $237.05 | $0.00 | $0.00 | $0.00 |
| Ashley Home Store | 7100-000 | $4,586.00 | $0.00 | $0.00 | $0.00 |
| BANK of AMERICA | 7100-000 | $3,372.83 | $0.00 | $0.00 | $0.00 |
| Berkshire Hathaway | 7100-000 | $2,322.14 | $0.00 | $0.00 | $0.00 |
| Chase Card | 7100-000 | $4,428.00 | $0.00 | $0.00 | $0.00 |
| Chase Card | 7100-000 | $3,429.00 | $0.00 | $0.00 | $0.00 |
| Chase Card | 7100-000 | $2,078.00 | $0.00 | $0.00 | $0.00 |
| Comcast | 7100-000 | $2,674.72 | $0.00 | $0.00 | $0.00 |
| ComEd | 7100-000 | $616.20 | $0.00 | $0.00 | $0.00 |
| Comenity Bank/Carsons | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comenity Bank/Harlem Furniture | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comenity Bank/Harlem Furniture | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comenity Bank/Victoria Secret | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Comenity Capital/amlsr | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Dept of Ed/Navient | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Dept of Ed/Navient | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Hartford Insurance Co | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| HH Greg | 7100-000 | $591.00 | $0.00 | $0.00 | $0.00 |
| Jared th Galleria of Jewelry | 7100-000 | $904.00 | $0.00 | $0.00 | $0.00 |
| JS Paluch Company | 7100-000 | $839.23 | $0.00 | $0.00 | $0.00 |
| Kay Jewelers/Sterling Jewelers Inc. | 7100-000 | $844.00 | $0.00 | $0.00 | $0.00 |
| Kohls/Capital One | 7100-000 | $233.00 | $0.00 | $0.00 | $0.00 |
| M&T Financial | 7100-000 | $1,972.13 | $0.00 | $0.00 | $0.00 |
| Macys | 7100-000 | $549.00 | $0.00 | $0.00 | $0.00 |
| Matress Firm | 7100-000 | $1,271.00 | $0.00 | $0.00 | $0.00 |
| Nicor Gas | 7100-000 | $359.83 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Northstar Credit Union | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| O/B Gyn Health Associates | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Orlando Greco | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment Alliance | 7100-000 | $2,213.46 | $0.00 | $0.00 | $0.00 |
| Southwest Chicago Chap | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Synchrony Bank/ JC Penneys | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Synchrony Bank/Gap | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Synchrony Bank/Walmart | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Town Hall Guide | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Toyota Motor Co. | 7100-000 | $6,800.00 | $0.00 | $0.00 | $0.00 |
| US Bank | 7100-000 | $2,561.00 | $0.00 | $0.00 | $0.00 |
| US Bank | 7100-000 | $11,006.00 | $0.00 | $0.00 | $0.00 |
| US Bank/Rms CC | 7100-000 | $10,925.00 | $0.00 | $0.00 | $0.00 |
| US Bank/Rms CC | 7100-000 | $1,112.00 | $0.00 | $0.00 | $0.00 |
| Verizon Wireless | 7100-000 | $188.00 | $0.00 | $0.00 | $0.00 |
| Von Maur, Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Walmart | 7100-000 | $4,025.00 | $0.00 | $0.00 | $0.00 |
| Wffnb Retail | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $143,383.75 | $52,685.99 | $52,685.99 | $4,809.10 |

Case 17-06982  Doc 40  Filed 08/14/18  Entered 08/14/18 10:31:07  Desc Main
Document      Page 7 of 12

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 17-06982 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | DISTASIO, VINCENT WILLIAM AND DISTASIO, MICHELLE M | | | Date Filed (f) or Converted (c): | 03/07/2017 (f) |
| For the Period Ending: | 8/3/2018 | | | §341(a) Meeting Date: | 04/13/2017 |
| | | | | Claims Bar Date: | 11/13/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2015 Lexus IS 250 Mileage: 27000 Leased Vehicle | $25,000.00 | $0.00 | | $0.00 | FA |
| | Asset Notes: Leased vehicle, no equity. | | | | | |
| 2 | 2015 Lexus IS 250 Mileage: 24,000 Lease | $25,000.00 | $0.00 | | $0.00 | FA |
| | Asset Notes: Leased vehicle - no equity | | | | | |
| 3 | 2010 Lexus ES 350 Mileage: 24,000 | $10,000.00 | $0.00 | | $0.00 | FA |
| 4 | Misc used household goods and furnishings, including: Pots/Pans/Dishes, Coffee Maker, Silverware, Desk, | $100.00 | $100.00 | | $0.00 | FA |
| 5 | Computer, Printer and Cell Phone | $200.00 | $200.00 | | $0.00 | FA |
| 6 | Necessary Wearing Apparel | $100.00 | $0.00 | | $0.00 | FA |
| 7 | Wedding Rings, Bracelet, Watches and Costume Jewelry | $800.00 | $0.00 | | $0.00 | FA |
| 8 | Checking Chase Bank | $75.29 | $75.29 | | $75.29 | FA |
| 9 | checking Chase Bank | $679.48 | $679.48 | | $679.48 | FA |
| 10 | Checking Chase Bank | $4,290.10 | $290.10 | | $290.10 | FA |
| 11 | Checking Chase Bank | $4,032.00 | $32.00 | | $32.00 | FA |
| 12 | Busines Checking Chase Business Checking (1790) | $600.00 | $0.00 | | $0.00 | FA |
| | Asset Notes: No balance in this account as of filing date (this is actually a business savings account) | | | | | |
| 13 | Business Checking Chase Business Checking (1056) | $972.00 | $2,961.19 | | $2,961.19 | FA |
| | Asset Notes: Filing Date Balance (per statements): $2,961.19 | | | | | |
| 14 | Distasio, Inc. d/b/a Baldinelli Pizza 2 Assets include: Middleby Marshall Pizza oven, etc. (in the landlord's possession); business bank accounts % | $12,000.00 | $12,000.00 | | $0.00 | FA |
| | Asset Notes: Debtor testified he opted to "leave the oven…for the landlord because I was terminating the lease early and they would have came after me…so that's just what I did." Therefore, landlord could have counter-claims for rent owed if the Trustee pursued the asset. Deemed abandoned. | | | | | |
| 15 | Rental deposit Security Deposit with Business Landlord: $2250.00 | $2,250.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2 Exhibit 8

| Case No.: | 17-06982 | Trustee Name: | David Leibowitz |
| Case Name: | DISTASIO, VINCENT WILLIAM AND DISTASIO, MICHELLE M | Date Filed (f) or Converted (c): | 03/07/2017 (f) |
| For the Period Ending: | 8/3/2018 | §341(a) Meeting Date: | 04/13/2017 |
| | | Claims Bar Date: | 11/13/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Asset Notes:** Debtors owed back rent.

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 16 | 2016 State income tax refund | $1,200.00 | $1,200.00 | | $1,522.00 | FA |
| 17 | 2017 Federal Income Tax Refund (u) | $0.00 | $695.70 | | $2,788.13 | FA |

**Asset Notes:** Debtors' Pro-Rated Portion: $3,169.30

$1,076.87 from Pro-Rated Portion allocated to assets 8, 9, 10, and 11 for non-exempt funds as of petition date.

$2,092.43 returned to Debtors

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $87,298.87 | $18,233.76 | | $8,348.19 | $0.00 |

**Initial Projected Date Of Final Report (TFR):** 04/12/2018   **Current Projected Date Of Final Report (TFR):**

/s/ DAVID LEIBOWITZ
DAVID LEIBOWITZ

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-06982 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | DISTASIO, VINCENT WILLIAM AND DISTASIO, MICHELLE M | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6706 | | | Checking Acct #: | ******8201 |
| Co-Debtor Taxpayer ID #: | **-***6707 | | | Account Title: | |
| For Period Beginning: | 3/7/2017 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/3/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/07/2017 | (16) | Vincent Distasio | 2016 IL Tax Refund | | 1124-000 | $1,522.00 | | $1,522.00 |
| 08/30/2017 | (13) | Distasio, Inc. | Payment for non-exempt funds in business checking account | | 1129-000 | $2,961.19 | | $4,483.19 |
| 08/31/2017 | | Green Bank | Bank Service Fee | | 2600-000 | | $2.20 | $4,480.99 |
| 09/29/2017 | | Green Bank | Bank Service Fee | | 2600-000 | | $7.23 | $4,473.76 |
| 10/31/2017 | | Green Bank | Bank Service Fee | | 2600-000 | | $6.98 | $4,466.78 |
| 11/30/2017 | | Green Bank | Bank Service Fee | | 2600-000 | | $6.97 | $4,459.81 |
| 12/29/2017 | | Green Bank | Bank Service Fee | | 2600-000 | | $7.19 | $4,452.62 |
| 01/31/2018 | | Green Bank | Bank Service Fee | | 2600-000 | | $7.18 | $4,445.44 |
| 02/28/2018 | | Green Bank | Bank Service Fee | | 2600-000 | | $6.47 | $4,438.97 |
| 03/30/2018 | | Green Bank | Bank Service Fee | | 2600-000 | | $7.39 | $4,431.58 |
| 04/04/2018 | | US Treasury | 2017 Federal Income Tax Refund | | * | $3,865.00 | | $8,296.58 |
| | {17} | | Estate Portion - 2017 Federal Income Tax Refund | $695.70 | 1224-000 | | | $8,296.58 |
| | {17} | | Debtors' Pro-Rated Portion - 2017 Federal Income Tax Refund | $2,092.43 | 1280-002 | | | $8,296.58 |
| | {8} | | Portion of Tax Refund to Satisfy Non-Exempt Funds as of Petition Date - Personal Chase Bank Checking (1) | $75.29 | 1129-000 | | | $8,296.58 |
| | {9} | | Portion of Tax Refund to Satisfy Non-Exempt Funds as of Petition Date - Personal Chase Bank Checking (2) | $679.48 | 1129-000 | | | $8,296.58 |
| | {10} | | Portion of Tax Refund to Satisfy Non-Exempt Funds as of Petition Date - Personal Chase Bank Checking (3) | $290.10 | 1129-000 | | | $8,296.58 |
| | {11} | | Portion of Tax Refund to Satisfy Non-Exempt Funds as of Petition Date - Personal Chase Bank Checking (4) | $32.00 | 1129-000 | | | $8,296.58 |
| 04/13/2018 | 3001 | VINCENT DISTASIO & MICHELLE HONEIN | Debtors' Pro-Rated Portion - 2017 Federal Income Tax Refund (less non-exempt funds as of date of filing) | | 8500-002 | | $2,092.43 | $6,204.15 |
| 06/13/2018 | 3002 | David P. Leibowitz | Trustee Compensation | | 2100-000 | | $1,375.58 | $4,828.57 |
| | | | SUBTOTALS | | | $8,348.19 | $3,519.62 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-06982 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | DISTASIO, VINCENT WILLIAM AND DISTASIO, MICHELLE M | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6706 | | | Checking Acct #: | ******8201 |
| Co-Debtor Taxpayer ID #: | **-***6707 | | | Account Title: | |
| For Period Beginning: | 3/7/2017 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/3/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/13/2018 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $19.47 | $4,809.10 |
| 06/13/2018 | 3004 | Discover Bank | Claim #: 1; Amount Claimed: $1,962.24; Distribution Dividend: 9.13%; | 7100-900 | | $179.11 | $4,629.99 |
| 06/13/2018 | 3005 | Discover Bank | Claim #: 2; Amount Claimed: $8,615.55; Distribution Dividend: 9.13%; | 7100-900 | | $786.41 | $3,843.58 |
| 06/13/2018 | 3006 | Monarch Financial | Claim #: 3; Amount Claimed: $1,914.20; Distribution Dividend: 9.13%; | 7100-000 | | $174.73 | $3,668.85 |
| 06/13/2018 | 3007 | Capital One, N.A. | Claim #: 4; Amount Claimed: $533.57; Distribution Dividend: 9.13%; | 7100-900 | | $48.70 | $3,620.15 |
| 06/13/2018 | 3008 | Fifth Third Bank | Claim #: 5; Amount Claimed: $3,891.83; Distribution Dividend: 9.13%; | 7100-900 | | $355.24 | $3,264.91 |
| 06/13/2018 | 3009 | PYOD, LLC its successors and assigns as assignee | Claim #: 6; Amount Claimed: $2,194.97; Distribution Dividend: 9.13%; | 7100-900 | | $200.35 | $3,064.56 |
| 06/13/2018 | 3010 | American Express Bank, FSB | Claim #: 7; Amount Claimed: $9,686.39; Distribution Dividend: 9.13%; | 7100-900 | | $884.16 | $2,180.40 |
| 06/13/2018 | 3011 | American Express Centurion Bank | Claim #: 8; Amount Claimed: $932.86; Distribution Dividend: 9.13%; | 7100-900 | | $85.15 | $2,095.25 |
| 06/13/2018 | 3012 | U.S. Bank National Association | Claim #: 9; Amount Claimed: $2,481.52; Distribution Dividend: 9.13%; | 7100-900 | | $226.51 | $1,868.74 |
| 06/13/2018 | 3013 | U.S. Bank National Association | Claim #: 10; Amount Claimed: $9,368.26; Distribution Dividend: 9.13%; | 7100-900 | | $855.12 | $1,013.62 |
| 06/13/2018 | 3014 | Department Stores National Bank | Claim #: 11; Amount Claimed: $518.57; Distribution Dividend: 9.13%; | 7100-900 | | $47.33 | $966.29 |
| 06/13/2018 | 3015 | Portfolio Recovery Associates, LLC | Claim #: 12; Amount Claimed: $4,135.02; Distribution Dividend: 9.13%; | 7100-900 | | $377.44 | $588.85 |
| 06/13/2018 | 3016 | Portfolio Recovery Associates, LLC | Claim #: 13; Amount Claimed: $714.90; Distribution Dividend: 9.13%; | 7100-900 | | $65.26 | $523.59 |
| 06/13/2018 | 3017 | Portfolio Recovery Associates, LLC | Claim #: 14; Amount Claimed: $4,425.12; Distribution Dividend: 9.13%; | 7100-900 | | $403.92 | $119.67 |
| | | | **SUBTOTALS** | | $0.00 | $4,708.90 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3     Exhibit 9

| Case No. | 17-06982 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | DISTASIO, VINCENT WILLIAM AND DISTASIO, MICHELLE M | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6706 | | | Checking Acct #: | ******8201 |
| Co-Debtor Taxpayer ID #: | **-***6707 | | | Account Title: | |
| For Period Beginning: | 3/7/2017 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/3/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/13/2018 | 3018 | Portfolio Recovery Associates, LLC | Claim #: 15; Amount Claimed: $1,310.99; Distribution Dividend: 9.13%; | 7100-900 | | $119.67 | $0.00 |
| | | | **TOTALS:** | | $8,348.19 | $8,348.19 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $8,348.19 | $8,348.19 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $8,348.19 | $8,348.19 | |

| For the period of 3/7/2017 to 8/3/2018 | | For the entire history of the account between 08/07/2017 to 8/3/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,255.76 | Total Compensable Receipts: | $6,255.76 |
| Total Non-Compensable Receipts: | $2,092.43 | Total Non-Compensable Receipts: | $2,092.43 |
| Total Comp/Non Comp Receipts: | $8,348.19 | Total Comp/Non Comp Receipts: | $8,348.19 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $6,255.76 | Total Compensable Disbursements: | $6,255.76 |
| Total Non-Compensable Disbursements: | $2,092.43 | Total Non-Compensable Disbursements: | $2,092.43 |
| Total Comp/Non Comp Disbursements: | $8,348.19 | Total Comp/Non Comp Disbursements: | $8,348.19 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 4 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-06982 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DISTASIO, VINCENT WILLIAM AND DISTASIO, MICHELLE M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6706 | Checking Acct #: | ******8201 |
| Co-Debtor Taxpayer ID #: | **-***6707 | Account Title: | |
| For Period Beginning: | 3/7/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/3/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $8,348.19 | $8,348.19 | $0.00 |

**For the period of 3/7/2017 to 8/3/2018**

| | |
|---|---|
| Total Compensable Receipts: | $6,255.76 |
| Total Non-Compensable Receipts: | $2,092.43 |
| Total Comp/Non Comp Receipts: | $8,348.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,255.76 |
| Total Non-Compensable Disbursements: | $2,092.43 |
| Total Comp/Non Comp Disbursements: | $8,348.19 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/07/2017 to 8/3/2018**

| | |
|---|---|
| Total Compensable Receipts: | $6,255.76 |
| Total Non-Compensable Receipts: | $2,092.43 |
| Total Comp/Non Comp Receipts: | $8,348.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,255.76 |
| Total Non-Compensable Disbursements: | $2,092.43 |
| Total Comp/Non Comp Disbursements: | $8,348.19 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ